**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-21677-CV-KING

EUGENIO SUAREZ, *on behalf of himself and*
*others similarly situated*,

    Plaintiffs,

v.

REVCO SOLUTIONS, INC.*,*

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the court upon the Stipulation of Dismissal (D.E. #12) filed October 8, 2021.  Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby **DISMISSED**.  The Court shall retain jurisdiction to enforce the terms of the agreement.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     All deadlines, Pretrial Conference, and Trial dates are hereby canceled.

3.     The Clerk shall **CLOSE** this case.

.DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 12th day of October, 2021.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:
*Counsel for Plaintiff:*
**James Lee Davidson**
Greenwald Davidson Radbil PLLC
7601 N. Federal Highway, Suite A-230
Boca Raton, FL 33487
561-826-5477
Email: jdavidson@gdrlawfirm.com

**Matthew David Bavaro**
Loan Lawyers
3201 Griffin road
Suite 100
Fort Lauderdale, FL 33312
954-523-4357
Email: matthew@fight13.com

**Michael Lewis Greenwald**
Greenwald Davidson Radbil PLLC
7601 N. Federal Highway
Suite A-230
Boca Raton, FL 33487
(561) 826-5477
Fax: (561) 961-5684
Email: mgreenwald@gdrlawfirm.com

*Counsel for Defendant*:

**Chantel Christine Wonder**

Gordon Rees Scully Mansukhani - Tampa

601 S Harbour Island Blvd., Suite 109

Ste 109

Tampa, FL 33602

813-523-4945

Email: cwonder@grsm.com